## McCORD v. STATE.
### No. 25335.

Court of Criminal Appeals of Texas.
May 30, 1951.

No attorney on appeal for appellant.

George P. Blackburn, State's Atty., of Austin, for the State.

GRAVES, Presiding Judge.

The conviction is for the offense of the unlawful failure to stop and render aid after an automobile collision. The penalty assessed is confinement in the county jail for a period of six months and a fine of $500.

Since perfecting his appeal, appellant has filed a written motion, duly verified, requesting the dismissal thereof. The motion is granted and the appeal is dismissed.